United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARISELA LOZANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA CLARA,<br><br>　　　　Defendant. | Case No.  5:14-cv-02992-EJD<br><br>**ORDER VACATING PRETRIAL DEADLINES AND TRIAL DATES** |

In light of the pending motion for summary judgment, the presently scheduled pretrial deadlines and trial dates are VACATED.  A Trial Setting Conference to reset the deadlines and trial dates will be scheduled in the order addressing the motion for summary judgment.

**IT IS SO ORDERED.**

Dated:  February 16, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge