1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    MARISELA LOZANO,                              Case No. 5:14-cv-02992-EJD

8              Plaintiff,                          **ORDER DENYING MOTION TO COMPEL**

9        v.
                                                   **(Re:  Docket No. 86)**
10   COUNTY OF SANTA CLARA,

11             Defendant.

12

13          Plaintiff Marisela Lozano moves to compel amended discovery responses from Defendant

14   County of Santa Clara.[1]  This discovery focuses on whether any of the Eligibility Worker training

15   that Santa Clara contends that she must complete before returning to work has been validated

16   within the meaning of the EEOC's Uniform Guidelines on Employee Selection Procedures.[2]

17   Lozano argues that whether the training has been UGESP-validated is relevant to a disparate

18   impact theory of disability discrimination.[3]  But at oral argument earlier today, Lozano admitted

19   that the complaint does not plead facts giving rise to a discrimination claim based on disparate

20   impact, because the disparate impact theory arose during the course of discovery and she has not

21   yet amended her complaint to include it.[4]

22

23   _____

24   [1] *See* Docket No. 86.

25   [2] *See id.* at 4-11.

26   [3] *See id.*

27   [4] *See* Docket No. 91.

28                                              1
     Case No. 5:14-cv-02992-EJD
     ORDER DENYING MOTION TO COMPEL

United States District Court
Northern District of California

1    With all the attention paid to the recent amendment to Fed. R. Civ. P. 26(b)(1) regarding

2  proportionality, one might reasonably forget that relevance remains, well, relevant.  Put simply,

3  parties must still limit their discovery to claims and defenses at issue in the case.  Unless and until

4  Lozano amends her complaint, the UGESP discovery she seeks simply is not relevant to her

5  claims.  Lozano's motion to compel is DENIED.

6  **SO ORDERED.**

7  Dated: April 19, 2016

8  _____
   PAUL S. GREWAL
9  United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2
   Case No. 5:14-cv-02992-EJD
   ORDER DENYING MOTION TO COMPEL